UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY JOHNSON, | ) | 1:06-CV-0456 AWI DLB HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME |
| G. J. GLURBINO, | ) ) | (DOCUMENT #5) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 15, 2006, petitioner filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

Dated:   May 26, 2006                    /s/ Dennis L. Beck
ah0l4d                                   UNITED STATES MAGISTRATE JUDGE