UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY JOHNSON, | ) | 1:06-CV-0456 AWI DLB HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE RESPONSE |
| | ) | (DOCUMENT #10) |
| G. J. GIURBINO, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 15, 2006, respondents filed a motion to modify the briefing schedule, more particularly, a motion to extend time to file its motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Respondent is granted until October 16, 2006, to file its motion to dismiss.

  IT IS SO ORDERED.

   **Dated:    October 12, 2006**            **/s/ Dennis L. Beck**
ah0l4d                              UNITED STATES MAGISTRATE JUDGE