# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY JOHNSON, | ) | CV F   06-0456 AWI DLB HC |
|           Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, WITH PREJUDICE |
|    v. | ) | |
| VICTOR M. ALAMAGER, et.al., | ) | [Doc. 19] |
|           Respondent. | ) | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On January 9, 2007, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

     On January 25, 2007, Petitioner filed timely objections to the Findings and Recommendation.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 9, 2007, is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss is GRANTED;
3. The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice; and
4. The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   March 13, 2007**                                 **/s/ Anthony W. Ishii**
0m8i78                                                                  UNITED STATES DISTRICT JUDGE